UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN THE MATTER OF:
Luisa Fernanda Alonso

CASE NO.: 23-20053-PDR
Chapter 13

_____ Debtor/___

**DEBTOR'S RESPONSE IN OPPOSITION TO US BANK TRUST NATIONAL ASSOCIATION'S MOTION FOR RETROACTIVE RELIEF FROM THE AUTOMATIC STAY TO VALIDATE FORECLOSURE SALE**

**COMES NOW**, the Debtor, Luisa Fernanda Alonso ("Debtor"), by and through her undersigned counsel, and files this Response in Opposition to US Bank Trust National Association's ("US Bank") *Motion for Relief from the Automatic Stay to Validate Foreclosure Sale* [ECF No. 15], and in support thereof, states:

**I.      BACKGROUND**

On December 5, 2023, at 9:00am, the Debtor filed for Chapter 13 protection. This is the first and only case filed by the Debtor. This case was filed prior to the commencement of the Broward County auction calendar scheduled for December 5, 2023. The Debtor subsequently filed a Suggestion of Bankruptcy in the underlying foreclosure case (the "Foreclosure Case"). The Suggestion was filed after the foreclosure auction but prior to the Clerk of Court issuing the Certificate of Sale. While the Debtor is not alleging that a willful violation of the automatic stay took place, the foreclosure sale of the Debtor's homestead property was in violation of the automatic stay, as the sale occurred one hour and thirty-six minutes after the Debtor filed her chapter 13 case *pro-se.*

II.     MEMORANDUM OF LAW

a.  The December 5, 2023, Foreclosure Sale is Void

Pursuant to 11 U.S.C §362, the filing of a Chapter 13 petition enacts an automatic stay of protection, prohibiting the enforcement of a judgment obtained prior to the commencement of a bankruptcy filing. That automatic stay is effective against all the world, *regardless* of whether a party had notice of the bankruptcy filing or of the automatic stay. *In re Peralta*, 317 B.R. 381, 389 (9th Cir. BAP 2004). The Eleventh Circuit has made it clear, that actions taken in violation of the automatic stay are void *ab initio* and therefore without effect. *United States v. White*, 466 F.3d 1241, 1244 (11th Cir. 2006); *Middle Tenn. News Co. v. Charnel of Cincinnati, Inc.*, 250 F.3d 1077, 1082 (7th Cir.2001). This includes orders entered by state courts. *In re Clarke*, 373 B.R. 769 (Bankr. S.D. Fla).

While a bankruptcy court has no jurisdiction to direct another court to enter an order rescinding a foreclosure sale, the Court may nonetheless grant relief determining that foreclosure sale conducted in violation of the automatic stay is void. *In re Jocelyn*, 574 B.R. 771 (Bankr. M.D. Fla. 2017).

b.  Debtor has Equity in her homestead property

The Bankruptcy Code provides that a creditor may seek stay relief for *cause* - which includes; "(A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization". 11 U.S.C. 362(d)(2). The Creditor erroneously states that the property lacks equity and is therefore entitled to stay relief. The Debtor disputes the creditor's valuation of its property and submits to the Court that the true market value of the property is $657,000.00. Attached is a copy of the Zestimate as Exhibit "A".

Furthermore, the Debtor's chapter 13 plan provides US Bank with monthly adequate

protection payments in the amount of $2,325.00, this amount represents 31 percent of the Debtor's gross household income as required  under the District's Mortgage Modification Mediation Program.

### c. Creditor Fails to Demonstrate That An Extraordinary Remedy of Retroactive Stay Relief is Warranted

The granting of retroactive stay relief is an extraordinary remedy and a remedy that should only be granted under limited and special circumstances. *In re Grason,* citing *Will v. Ford Motor Credit Co.* (*In re Will*), 303 B.R. 357, 368 (Bankr.N.D.Ill.2003).

This instant case is the only bankruptcy to be filed by the Debtor and the first such case that Debtor has attempted to utilize the benefits of the Bankruptcy Code to reorganize her mortgage.

Contrary to US Bank's argument that this case was filed in bad faith, the Debtor has satisfied all of her requirements and has retained counsel shortly after filing this case, has since filed her Plan, Schedules, Statements and other Section 521 required documents. Additionally, the Debtor has filed a Verified Motion for Referral to participate in the District's Mortgage Modification Mediation Program and on December 21, 2023, the Court entered an Order granting the Debtor's Motion.  Since the granting of the Motion, the Debtor has uploaded the required documents for the Creditor to review her for a loan modification.

The facts in this case differ greatly from those cases which US Bank chose to rely upon. The line of cases cited by US Bank are dissimilar to this case, as those cases address chapter 11 business reorganizations. Aside from the pending foreclosure, this case shares no similarities with the cited cases and is not relevant to an individual chapter 13 Debtor's filing. The primary purpose for many debtors filing a chapter 13 bankruptcy is to save their homestead property. Public and practical considerations also support the Court denying the

Creditor's Motion, as a finding of bad faith of a debtor filing their first and only bankruptcy to save their home would have a chilling effect on homeowners from filing a chapter 13 bankruptcy to save their homes.

## **CONCLUSION**

The Debtor filed this case prior to the foreclosure sale thus imposing the automatic stay as a protection against her creditors. The sale which occurred post-petition is void *ab initio.* US Bank has failed to establish that stay relief is warranted under Section 362 as the Debtor has filed all of her Section 521 required documents and is providing adequate protection payments through her chapter 13 plan. For these reasons, this Court should deny US Bank's Motion for Relief from the Automatic Stay.

**WHEREFORE,** Debtor, Luisa Fernanda Alonso, respectfully prays this Court enter an Order denying the Creditor's *Motion for Retroactive Relief from the Automatic Stay to Validate foreclosure Sale* , granting Cohen Legal Services, PA attorney's fees which were incurred as a result of this response and pursuant to Fla. Stat. 57.105, and for any additional relief the Court deems just and necessary.

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A), that the above information is true and correct under penalty of perjury, and that a true and correct copy of the foregoing was served the 4th day of January 2024, upon those listed on the attached service list.

Robin Weiner Trustee    ecf@ch13weiner.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Matthew Klein    matthew@howardlaw.com
Scott Andron    sandron@broward.org

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com

Exhibit "A"

# $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥ **Pre-foreclosure**
/ auction | Zestimate®: **$657,000**

| Get more info |
|---|

Overview | Facts and features | Foreclosure information | Home value | Price and tax history | Payment calculator | Nearby ⟩

 Singlefamily

 Built in 2000

🌡 No data

❄ No data

P No data

🤲 $222 monthly HOA fee

 5,364 sqft

$ $265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow | **34** views | **0** saves

Listed by:

 **Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

## $657,000  -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction | : **$657,000**

Overview | Facts and features | Foreclosure information | Home value | Price and tax history | Payment calculator | Nearby ›

- Singlefamily
- Built in 2000
- No data
- No data
- No data
- $222 monthly HOA fee
- 5,364 sqft
- $265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow          |          34          |          0

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

# $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction         : $657,000

Overview    Facts and features    Foreclosure information    Home value    Price and tax history    Payment calculator    Nearby    >

🏢 Singlefamily

📅 Built in 2000

🌡 No data

❄ No data

🅿 No data

🌿 $222 monthly HOA fee

📐 5,364 sqft

📊 $265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow        |        **34**        |        **0**

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

## $657,000   -- bd  |  -- ba  |  2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction   |        : **$657,000**

---

Overview    Facts and features    Foreclosure information    Home value    Price and tax history    Payment calculator    Nearby   ›

- 🏢   Singlefamily
- 📅   Built in 2000
- 🌡   No data
- ❄   No data
- 🅿   No data
- 🌿   $222 monthly HOA fee
- ⚖   5,364 sqft
- 📊   $265 price/sqft

---

# Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow        |         34        |         0

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

## $657,000 -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction | : **$657,000**

| Overview | Facts and features | Foreclosure information | Home value | Price and tax history | Payment calculator | Nearby ›

Singlefamily

Built in 2000

No data

No data

No data

$222 monthly HOA fee

5,364 sqft

$265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow | 34 | 0

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

# $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction |          : $657,000

Overview    Facts and features    Foreclosure information    Home value    Price and tax history    Payment calculator    Nearby  ›

🏢  Singlefamily

📅  Built in 2000

🌡️  No data

❄️  No data

P  No data

🤲  $222 monthly HOA fee

🏷️  5,364 sqft

📊  $265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow        |              34              |              0

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

**$657,000**  -- bd | -- ba | **2,481** sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction | : **$657,000**

| Overview | Facts and features | Foreclosure information | Home value | Price and tax history | Payment calculator | Nearby > |

▦ Singlefamily

▦ Built in 2000

🌡 No data

❄ No data

P No data

🏡 $222 monthly HOA fee

👤 5,364 sqft

📏 $265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow | **34** | **0**

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

## $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction |              : $657,000

---

Overview    Facts and features    Foreclosure information    Home value    Price and tax history    Payment calculator    Nearby    >

🏢  Singlefamily

📅  Built in 2000

🌡  No data

❄  No data

🅿  No data

🤲  $222 monthly HOA fee

⚖  5,364 sqft

📊  $265 price/sqft

---

# Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow              |                    34              |                    0

Listed by:

  **Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

# $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction |                    : **$657,000**

Overview    Facts and features    Foreclosure information    Home value    Price and tax history    Payment calculator    Nearby    ›

🏢  Singlefamily

📅  Built in 2000

🌡️  No data

❄️  No data

🅿️  No data

🪴  $222 monthly HOA fee

🔎  5,364 sqft

📊  $265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days**  on Zillow           |              **34**              |              **0**

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

## $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction  |        : **$657,000**

| Overview | Facts and features | Foreclosure information | Home value | Price and tax history | Payment calculator | Nearby  ›

Singlefamily

Built in 2000

No data

No data

No data

$222 monthly HOA fee

5,364 sqft

$265 price/sqft

## Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days** on Zillow        |        34        |        0

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive

## $657,000   -- bd | -- ba | 2,481 sqft

16720 SW 36th St, Miramar, FL 33027

♥

/ auction | : **$657,000**

---

Overview    Facts and features    Foreclosure information    Home value    Price and tax history    Payment calculator    Nearby >

---

🏢  Singlefamily

📅  Built in 2000

🌡️  No data

❄️  No data

🅿️  No data

🤲  $222 monthly HOA fee

⚖️  5,364 sqft

💲  $265 price/sqft

---

# Overview

This is a 2481 square foot, single family home. This home is located at 16720 SW 36th St, Miramar, FL 33027.

**98 days**  on Zillow        |            34            |            0

Listed by:



**Get pre-qualified for a loan**
Talking to a lender early to get pre-qualified for a mortgage can give you an advantage in a competitive