

## ORDERED in the Southern District of Florida on January 12, 2024.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

CASE NO. 23-20053-PDR
CHAPTER 13

LUISA FERNANDA ALONSO,

  Debtor.
_____/

### ORDER DENYING MOTION FOR PROSPECTIVE RELIEF FROM AUTOMATIC STAY

**THIS CASE** came before the Court for consideration on January 8, 2024, at 1:00pm on the Motion for Relief from Automatic Stay, (DE 15)("Motion") filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST on December 11, 2023 and Debtor's Response (DE 31). The court having considered the arguments of counsel, and based on the record, it is

   **IT IS ORDERED THAT:**

   1.   The Motion for Prospective Relief from Automatic Stay is DENIED without prejudice.

###

Submitted by:
Matthew Klein, Esq.
HOWARD LAW GROUP
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 Ext. 121
Fax: (888) 235-0017

Email: Bankruptcy@HowardLaw.com

Attorney Matthew Klein, Esq. is directed to serve this order upon all non-registered users and file a conforming certificate of service.