**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In Re:

Luisa Fernanda Alonso,                    Case No. 23-20053-PDR
                                          Chapter 13

Debtor

_____/

**DEBTOR'S MOTION FOR RELIEF FROM AUTOMATIC**
**STAY TO PROCEED WITH APPEAL OF FORECLOSURE JUDGMENT**

COMES NOW. the Debtor, Luisa Fernanda Alonso ("Debtor"), by and through her undersigned counsel, hereby moves the Court pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9014 to lift the automatic stay imposed by 11 U.S.C. Section 362(a), for cause under 11 U.S.C. Section 362(d), and in support of its Motion states:

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. § 157(b)(2)(A), (b)(2)(G) and 1334; and 11 U.S.C. § 362. The Motion for Relief from Automatic Stay constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 4001(a) and 9014.

2. On December 5, 2023, the Debtor filed a voluntary Chapter 13 Petition.

3. Prior to the filing of this case, U.S. Bank Trust National Association ("U.S. Bank" or "Creditor") obtained a final judgment of foreclosure on September 22, 2023. The subject property located at, 16720 SW 36 Street, Miramar, FL 33027, and legally described as:

> Lot 26, Block 12, NAUTICA, according to the Plat thereof, recorded in Plat Book 164, Page 36, of the Public Records of Broward County, Florida.

4. On October 19, 2023, the Debtor filed a Notie of Appeal of the underlying foreclosure judgment with the Fourth District Court of Appeal ("4th DCA").

1

5.      On December 29,2023, in response to a suggestion of bankruptcy being docketed, the 4th DCA entered an Order directing the parties to seek a "comfort order" on whether the appeal should be stayed. A copy of the Order is attached hereto as Exhibit "A".

6.      Both the Debtor and Creditor wish to proceed with the appeal while the current chapter 13 case is pending and request that the Court lift the automatic stay solely for the purposes of proceeding with the appeal.

7.      While the Bankruptcy Code does not define the term *cause*, the parties maintain that cause exists pursuant to 11 U.S.C. Section 362(d) for the automatic stay to be lifted as both the Debtor and Creditor seek the lifting of the automatic stay for purposes of proceeding with the Debtor's appeal of the foreclosure judgment.

WHEREFORE, Debtor respectfully requests that the automatic stay be lifted for the limited purpose of the Debtor and Creditor proceeding with the appeal of the foreclosure judgment against the Debtor.

Dated this 19th day of January 2024

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

**Cohen Legal Services, P.A.**
**Attorney for the Debtor**
1801 NE 123rd Street Suite 314
North Miami, Florida 33181
Telephone: (305) 570-2326

By:     s/Rachamin Cohen
        Rachamin "Rocky" Cohen
        Florida Bar No. 96305

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 19th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

/s/ Rachmain Cohen
Rachamin "Rocky" Cohen

# Exhibit A

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL 33401

December 29, 2023

| JAMES CABRERA and LUISA FERNANDA, Appellant(s) v. US BANK TRUST, N.A., Appellee(s). | **CASE NO. - 4D2023-2522** L.T. No. - CACE22001655 |
|---|---|

**BY ORDER OF THE COURT:**

A suggestion of bankruptcy having been filed, it is ORDERED that the parties shall, within fourteen (14) days from the date of this order, request that the United States Bankruptcy Court issue an order stating whether this appeal should be stayed pursuant to 11 U.S.C. § 362(a) or any other provision of the United States Bankruptcy Code. *See, e.g., In re Hill*, 364 B.R. 826, 828 (Bankr. M.D. Fla. 2007) ("Comfort orders serve a valuable purpose. The orders are entered primarily for a third party's benefit, often to help a sister state court attempting to determine whether it can proceed with a pending action, such as a foreclosure."). Upon the filing of the request in the United States Bankruptcy Court, the parties shall file a notice of compliance with this Court. Further, should the United States Bankruptcy Court enter an order on the parties' request, the parties shall file a copy of the order with this Court within five (5) days of issuance of that order.

Served:
Broward Clerk
Anya Elisa Macias
Mark Leslie Pomeranz

KH

**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.

**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**
4D2023-2522 December 29, 2023

