UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**Luisa Fernanda Alonso**,

    Debtor,

_____/

Chapter 13
Case No.: 23-20053-PDR

**OBJECTION TO CONFIRMATION OF DEBTOR'S
PROPOSED AMENDED CHAPTER 13 PLAN [D.E. 45]**

Secured Creditor, U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust, its successors and/or assignees ("**Secured Creditor**"), objects to confirmation of Luisa Fernanda Alonso's (the "**Debtor**") proposed amended Chapter 13 Plan [D.E. 45] filed on March 1, 2024, and states:

1. Secured Creditor holds a secured claim by virtue of that certain promissory Note dated July 19, 2007, which is secured by a Mortgage recorded on September 11, 2007 as Document Number 107369886, in Book 44589, Page 1569, in the Public Records of Broward County, Florida, encumbering real property located at *16720 SW 36th St, Miramar, FL 33027* ("**Property**").

2. The Mortgage was assigned to Movant ("**Assignment**"). The Assignment was recorded on March 29, 2019, in the Official Records of Broward County, Florida, Document number 115705270.

3. On December 5, 2023 ("**Petition Date**"), the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

4. On February 2, 2024, Secured Creditor timely filed its proof of claim ("**Claim**") as Claim Number 3-1 which reflects a total secured claim in the amount of $593,203.44, pre-

petition arrearages due and owing in the amount of $392,466.78, and a monthly payment of $2,582.78.

5. On March 1, 2024, the Debtor filed the proposed amended Chapter 13 Plan [D.E. 45] (the "Plan") which proposed to participate in Mortgage Modification Mediation ("MMM") and pay a monthly adequate protection payment of $2,325.00.

6. On December 20, 2023, the Debtor filed an Ex-Parte Verified Motion for Referral to Mortgage Modification Mediation with Secured Creditor [D.E. 26].

7. On December 21, 2023, this Court entered an Order Granting Verified Motion for Referral to Mortgage Modification [D.E. 27] (the "MMM Order").

8. The parties participated in MMM and on February 28, 2024, the Mediator, Stacy H Bressler, filed a Final Report of Loss Mitigation/Mortgage Modification Mediator [D.E. 43] (the "Final Report) indicating an agreement was not reached.

9. Pursuant to the Plan, "[I]f the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be "treated outside the plan". If the property is "treated outside the plan", the lender will be entitled to in rem stay relief to pursue available state court remedies against the property." Therefore, the Debtor is required to amend the Plan to remove the MMM treatment.

10. As of the filing of this Objection, the Debtor has not filed an Amended Plan that either conforms to the Claim or provides for the property to be treated outside of the plan.

11. Furthermore, in light of the large pre-petition arrearage on the Claim of $392,466.78 and the Debtor's net monthly income of only $4,606.93, it is not feasible for the

Debtor to amend the plan to conform to the Claim. Hence, Secured Creditor objects to any plan that does not surrender the property or provide that property will be "treated outside the plan" as said Plan will not be confirmable pursuant to 11 U.S.C. § 1325(a)(6).

**WHEREFORE**, Secured Creditor respectfully objects to confirmation of the proposed amended Plan and requests the following:

1. That confirmation of the proposed amended Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief that this Court deems just and proper.

**Dated: March 25, 2024**

    Respectfully submitted,

    **GHIDOTTI | BERGER, LLP**
    *Attorneys for Secured Creditor*
    1031 North Miami Beach Blvd.
    North Miami Beach, FL 33162
    Telephone: 305.501.2808
    Facsimile: 954.780.5578
    bknotifications@ghidottiberger.com

    By: /s/ Melbalynn Fisher
    Melbalynn Fisher, Esq. (FL Bar #107698)

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

    By: /s/ Melbalynn Fisher
    Melbalynn Fisher, Esq.

## CERTIFICATE OF SERVICE

On March 25, 2024, I served the foregoing document described as Objection to Confirmation of Debtor's Proposed Amended Chapter 13 Plan on the following individuals by electronic means through the Court's ECF program:

**COUNSEL FOR DEBTOR**
Rachamin Cohen			Rocky@lawcls.com

**CHAPTER 13 TRUSTEE**
Robin R Weiner			ecf@ch13weiner.com

**U.S. TRUSTEE**
USTPRegion21.MM.ECF@usdoj.gov

By depositing true copies thereof in the United States mail at North Miami Beach, Florida, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Luisa Fernanda Alonso
16720 SW 36 St
Miramar, FL 33027

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.

- 4 -